ARTHUR SCHWARZENBACH, Respondent, *v.* THE ELECTRIC WATER POWER COMPANY OF ONEONTA, Appellant.

*Schwarzenbach* v. *Electric Water Power Co. of Oneonta,* 101 App. Div. 345, affirmed.
(Argued February 6, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*A. R. Gibbs* for appellant.

*'Alva Seybolt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Dissenting: CULLEN, Ch. J., and GRAY, J. Not sitting: CHASE, J.